5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

| PRECISION INDUSTRIAL CONTRACTORS INC., | |
|---|---|
| Plaintiff, | |
| v. | C19-5810 TSZ |
| JACK R GAGE REFRIGERATION INC, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deadline to file dispositive motions having expired, and in light of the parties' pending attorney settlement conference to be held by May 12, 2021, *see* docket no. 74, the parties are DIRECTED to meet and confer and to show cause why this case cannot be resolved by summary judgment. Each party shall file the show cause response on or before **May 19, 2021**, which shall not exceed ten (10) pages in length, and shall address (i) why the claims and counterclaims cannot be resolved by summary judgment, as the material facts do not appear to be in dispute and (ii) to accommodate a summary judgment briefing schedule, why the Court should not strike the existing trial date and set a new trial date, if necessary, for any potential claims or counterclaims left unresolved by summary judgment.

(2) The pro se Defendant, Daniel Jason Hoyt, is DIRECTED to create an account with the Case Management and Electronic Case Filing ("CM/ECF") system and agree to receive notice of electronic filings.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Defendant Hoyt via email at jason.hoyt1424@gmail.com.

Dated this 4th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2