UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRECISION INDUSTRIAL
CONTRACTORS INC.,

         Plaintiff,

   v.

JACK R. GAGE REFRIGERATION
INC., et al.,

         Defendants.

C19-5810 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff's and Defendant Jack R. Gage Refrigeration's stipulated show cause response, docket no. 82, the trial date of July 19, 2021, and all related deadlines, are hereby STRICKEN. The parties are DIRECTED to file simultaneous cross-motions for summary judgment on **June 17, 2021**, which shall be noted for **July 9, 2021**. Any response to the summary judgment motions shall be due on or before the new noting date. No reply shall be filed, unless requested by the Court. The Court will promptly reset the trial date, if appropriate, after it rules on the parties' motions for summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Defendant Jason Hoyt via email at jason.hoyt1424@gmail.com.

Dated this 21st day of May, 2021.

                         William M. McCool
                         Clerk

                         s/Gail Glass
                         Deputy Clerk

MINUTE ORDER - 1