UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRECISION INDUSTRIAL
CONTRACTORS INC.,

Plaintiff,

v.

JACK R. GAGE REFRIGERATION
INC.; CHRISTOPHER M.
MCCLELLAN; TAMI L.
MCCLELLAN; DANIEL JASON
HOYT; and JOHN DOES 1-10,

Defendants.

C19-5810 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, on the record, at the telephone conference held on August 25, 2021, all of Plaintiff Precision Industrial Contractors Inc.'s claims against all remaining Defendants, Daniel Jason Hoyt and John Does 1–10, are voluntarily DISMISSED **with prejudice** and without fees or costs, and all of Defendant Hoyt's counterclaims against Plaintiff are voluntarily DISMISSED **with prejudice** and without fees or costs;

(2) All other Defendants having been dismissed, with Defendants Christopher and Tami McClellan voluntarily dismissed with prejudice pursuant to the parties' stipulation and order, docket no. 76, and Defendant Jack R. Gage Refrigeration Inc. ("JRG") dismissed with prejudice pursuant to the Court's order for partial summary judgment in favor of Defendant JRG, docket no. 91, and it appearing that no issue

MINUTE ORDER - 1

remains for the Court's determination, it is hereby ORDERED that this case is DISMISSED with prejudice and without fees or costs; and

  (3) The Clerk is directed to enter Judgment consistent with this Minute Order and to send a copy of this Minute Order and Judgment to all counsel of record and to Defendant Hoyt at jason.hoyt1424@gmail.com.

  Dated this 25th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2