# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRECISION INDUSTRIAL CONTRACTORS INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK R. GAGE REFRIGERATION INC.; CHRISTOPHER M. MCCLELLAN; TAMI L. MCCLELLAN; DANIEL JASON HOYT; and JOHN DOES 1-10, <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C19-5810 TSZ |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

By Order entered August 11, 2020, docket no. 76, the Court granted the stipulation filed by Plaintiff Precision Industrial Contractors Inc. and Defendants Christopher and Tami McClellan to voluntarily dismiss all claims asserted against and all counterclaims asserted by these Defendants, and these claims and counterclaims were DISMISSED with prejudice.

By Order entered August 6, 2021, docket no. 91, the Court granted partial summary judgment in favor of Defendant Jack R. Gage Refrigeration, and Plaintiff's claims against Defendant were DISMISSED with prejudice; by the same Order, docket no. 91, the Court granted partial summary judgment in favor of Plaintiff, and Defendant's counterclaims against Plaintiff were DISMISSED with prejudice.

By Minute Order entered August 25, 2021, docket no. 92, the Court granted Plaintiff's oral stipulation to voluntarily dismiss all claims against the remaining Defendants, Defendant Daniel Jason Hoyt and John Does 1–10, and granted Defendant Hoyt's oral stipulation to voluntarily dismiss all counterclaims against Plaintiff, and these claims and counterclaims were DISMISSED with prejudice.

Dated this 25th day of August, 2021.

                                                  Ravi Subramanian
                                                  Clerk

                                                  s/Gail Glass
                                                  Deputy Clerk